# EXHIBIT C

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. 18-L-000075

| LUCILA TORRIJOS | INTERNATIONAL PAPER COMPANY, et al. | *Thomas M. Hartwell* |
|---|---|---|
| | | Clerk of the Circuit Court Kane County, Illinois |
| Plaintiff(s) | Defendant(s) | 3/1/2018 |

SERVE:

Name: Kevin M. Gensler, Agent for Cano Container Corporation

Address: 111 E. Jefferson Avenue, Suite 200

City, State & Zip: Naperville, IL 60540

FILED/IMAGED

File Stamp

Amount Claimed Excess of $100, 000

Pltf. Atty Anthony Bass/Grasso Bass PC

Atty. Registration No. 6184238

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: abass@grassolaw.com

Add. Pltf. Atty Gary Grasso/Grasso Bass PC

Atty. Registration No. 3121760

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: ggrasso@grassolaw.com

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

## TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____

(To be inserted by process server on copy left with the defendant or other person)

3/1/2018

WITNESS, _____

*Thomas M. Hartwell*

Clerk of Court

Case No. _____

## SUMMONS (CONT.)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal)

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Place of Service | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____
Signature

SERVICE FEES

Service and return _____ $ _____

Miles _____ ..................... _____

Total ............................. $ _____

☐ Sheriff of _____ County

☐ Special Process Server

Sheriff of _____ County

☐ By _____, Deputy

☐ Special Process Server
(See Order of Appointment in file)

### NOTICE TO DEFENDANTS -  Pursuant to Supreme Court Rule

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1.   You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2.   You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court.  Only the Court can make this exception.  Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified.  Continuances can be granted only on the day set forth in the summons, and then only for good cause shown.  You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so.  Request that he/she appear at the time specified and ask for the dismissal of the suit against you.  Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

---

### CONDITIONS OF DISSOLUTION ACTION STAY

750 ILCS 5/501.1

Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a)  Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1)  restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2)  restraining both parties from removing any minor child or either party from the State of Illinois or from concealing any such child from the other party, without the consent of the other party or an order of the court.

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. 18-L-000075

| LUCILA TORRIJOS | INTERNATIONAL PAPER COMPANY, et al. | *Thomas M. Hartweth* |
|---|---|---|
| | | Clerk of the Circuit Court |
| | | Kane County, Illinois |
| Plaintiff(s) | Defendant(s) | 3/1/2018 |

SERVE:

Name: CT Corporation System, agent for Tecasa, U.S.A., Inc.

Address: 208 South LaSalle Street, Suite 814

City, State & Zip: Chicago, IL 60604

**FILED/IMAGED**

File Stamp

Amount Claimed Excess of $100, 000

Pltf. Atty Anthony Bass/Grasso Bass PC

Atty. Registration No. 6184238

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: abass@grassolaw.com

Add. Pltf. Atty Gary Grasso/Grasso Bass PC

Atty. Registration No. 3121760

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: ggrasso@grassolaw.com

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

3/1/2018

WITNESS, _____

*Thomas M. Hartweth*

Clerk of Court

Form 166-A (11/12)    Page 1 of 2

Case No. _____

## SUMMONS (CONT.)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal)

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Place of Service | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____
Signature

SERVICE FEES

Service and return _____ $ _____

Miles _____ ........................ _____

Total ........................................ $ _____

☐ Sheriff of _____ County

☐ Special Process Server

Sheriff of _____ County

☐ By _____ , Deputy

☐ Special Process Server
  (See Order of Appointment in file)

## NOTICE TO DEFENDANTS - Pursuant to Supreme Court Rule

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1.   You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2.   You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so. Request that he/she appear at the time specified and ask for the dismissal of the suit against you. Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

---

### CONDITIONS OF DISSOLUTION ACTION STAY

750 ILCS 5/501.1

Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a)  Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1)  restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2)  restraining both parties from removing any minor child or either party from the State of Illinois or from concealing any such child from the other party, without the consent of the other party or an order of the court.

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. 18-L-000075

| LUCILA TORRIJOS | INTERNATIONAL PAPER COMPANY, et al. | *Thomas M. Hartwell* |
|---|---|---|
| | | Clerk of the Circuit Court |
| | | Kane County, Illinois |
| Plaintiff(s) | Defendant(s) | 3/1/2018 |

SERVE:

Name: CT Corporation System, agent for Manpower, Inc.

Address: 208 South LaSalle Street, Suite 814

City, State & Zip: Chicago, IL 60604

FILED/IMAGED

File Stamp

Amount Claimed Excess of $100, 000

Pltf. Atty Anthony Bass/Grasso Bass PC

Atty. Registration No. 6184238

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: abass@grassolaw.com

Add. Pltf. Atty Gary Grasso/Grasso Bass PC

Atty. Registration No. 3121760

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: ggrasso@grassolaw.com

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

## TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____

(To be inserted by process server on copy left with the defendant or other person)

3/1/2018

WITNESS, _____ (date)

*Thomas M. Hartwell*

Clerk of Court

Case No. _____

## SUMMONS (CONT.)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal)

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Place of Service | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____
Signature

SERVICE FEES

Service and return _____ $ _____

Miles _____ ................ _____

Total ................................ $ _____

☐ Sheriff of _____ County

☐ Special Process Server

Sheriff of _____ County

☐ By _____ , Deputy

☐ Special Process Server
(See Order of Appointment in file)

**NOTICE TO DEFENDANTS - Pursuant to Supreme Court Rule**

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1.   You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2.   You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court.  Only the Court can make this exception.  Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified.  Continuances can be granted only on the day set forth in the summons, and then only for good cause shown.  You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so.  Request that he/she appear at the time specified and ask for the dismissal of the suit against you.  Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

---

## CONDITIONS OF DISSOLUTION ACTION STAY

### 750 ILCS 5/501.1

### Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a)  Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1)  restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2)  restraining both parties from removing any minor child or either party from the State of Illinois or from concealing any such child from the other party, without the consent of the other party or an order of the court.

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. 18-L-000075

| | |
|---|---|
| LUCILA TORRIJOS | INTERNATIONAL PAPER COMPANY, et al. |
| **Plaintiff(s)** | **Defendant(s)** |

SERVE:

Name: CT Corporation System, agent for International Paper, Inc.

Address: 208 South LaSalle Street, Suite 814

City, State & Zip: Chicago, IL 60604

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, Illinois

3/12/2018

FILED/IMAGED

File Stamp

Amount Claimed Excess of $100,000

Pltf. Atty Anthony Bass/Grasso Bass PC

Atty. Registration No. 6184238

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: abass@grassolaw.com

Add. Pltf. Atty Gary Grasso/Grasso Bass PC

Atty. Registration No. 3121760

Address 38 S. Blaine Street, Suite 100

City, State and Zip Hinsdale, IL 60521

Attorney E-mail: ggrasso@grassolaw.com

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

## TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons may not be served less than three days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date if paragraph B is applicable.

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

WITNESS: 3/12/2018

*Thomas M. Hartwell*

Clerk of Court

Case No. _____

## SUMMONS (CONT.)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal)

    By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Place of Service | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(b) - (Individual defendants - abode):

    By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - (Corporation defendants):

    By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____
Signature

**SERVICE FEES**

Service and return _____ $ _____

Miles _____ ..................... _____

Total ............................................ $ _____

☐ Sheriff of _____ County

☐ Special Process Server

Sheriff of _____ County

☐ By _____ , Deputy

☐ Special Process Server
   (See Order of Appointment in file)

**NOTICE TO DEFENDANTS - Pursuant to Supreme Court Rule**

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1.    You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2.    You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court.  Only the Court can make this exception.  Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified.  Continuances can be granted only on the day set forth in the summons, and then only for good cause shown.  You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so.  Request that he/she appear at the time specified and ask for the dismissal of the suit against you.  Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

---

### CONDITIONS OF DISSOLUTION ACTION STAY

750 ILCS 5/501.1

Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a)  Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1)  restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2)  restraining both parties from removing any minor child or either party from the State of Illinois or from concealing any such child from the other party, without the consent of the other party or an order of the court.

IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LUCILA TORRIJOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 L 000075 |
| | ) | |
| INTERNATIONAL PAPER COMPANY; | ) | |
| INTERNATIONAL PAPER, INC.; | ) | |
| TECASA INDUSTRIES USA, INC., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | |
| CANO CONTAINER CORP.; | ) | PLEASE SERVE: |
| MANPOWER INC., | ) | Kevin M. Gensler, as Agent |
| | ) | for Cano Container, Corp. |
| *Respondents in Discovery*. | ) | 111 E. Jefferson Ave., Ste. 200 |
| | | Naperville, IL 60540 |

*[Clerk stamp:]* Thomas M. Hartwell
Clerk of the Circuit Court
Kane County, Illinois
3/12/2018
FILED/IMAGED

## SUMMONS FOR DISCOVERY

To Respondent in Discovery:   Kevin M. Gensler, as Agent for Cano Container, Corp.

YOU ARE HEREBY NOTIFIED that on February 2, 2018, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery.  Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., the above-named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to answer and respond to the attached written Interrogatories and Request to Produce, to be answered under oath by Respondent, and delivered to the office of Grasso Bass, P.C., 38 S. Blaine, Suite 100, Hinsdale, Illinois 60521, within 28 days from date of service.

TO THE OFFICER/SPECIAL PROCESS SERVER: This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage

fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

3/12/2018

WITNESS,_____

Clerk of Court

DATE OF SERVICE_____, 2018
(To be inserted by officer on copy left with
Respondent or other person)

Anthony B. Bass
Grasso Bass, P.C.
38 So. Blaine
Suite 100
Hinsdale, Illinois 60521
630-654-4500
abass@grassolaw.com
Atty No. 6184238

2

IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LUCILA TORRIJOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  18 L 000075 |
| | ) | |
| INTERNATIONAL PAPER COMPANY; | ) | |
| INTERNATIONAL PAPER, INC.; | ) | |
| TECASA INDUSTRIES USA, INC., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | |
| CANO CONTAINER CORP.; | ) | PLEASE SERVE: |
| MANPOWER INC., | ) | CT Corporation System, as Agent |
| | ) | for Manpower, Inc. |
| *Respondents in Discovery.* | ) | 208 South LaSalle St., Ste. 814 |
| | | Chicago, IL 60604 |

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, Illinois

3/12/2018

FILED/IMAGED

## SUMMONS FOR DISCOVERY

To Respondent in Discovery:   CT Corporation System, as agent for Manpower, Inc.

YOU ARE HEREBY NOTIFIED that on February 2, 2018, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery.  Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., the above-named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to answer and respond to the attached written Interrogatories and Request to Produce, to be answered under oath by Respondent, and delivered to the office of Grasso Bass, P.C., 38 S. Blaine, Suite 100, Hinsdale, Illinois 60521, within 28 days from date of service.

TO THE OFFICER/SPECIAL PROCESS SERVER: This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage

fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

WITNESS, 3/12/2018

Clerk of Court

DATE OF SERVICE_____, 2018
(To be inserted by officer on copy left with
Respondent or other person)

Anthony B. Bass
Grasso Bass, P.C.
38 So. Blaine
Suite 100
Hinsdale, Illinois 60521
630-654-4500
abass@grassolaw.com
Atty No. 6184238

2

Kane County Circuit Court        THOMAS M. HARTWELL        ACCEPTED: 3/19/2018 10:38 AM        By: JB        ENV #7347I9

## IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| LUCILA TORRIJOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  18 L 000075 |
| | ) | |
| INTERNATIONAL PAPER COMPANY; | ) | |
| INTERNATIONAL PAPER, INC.; | ) | |
| TECASA INDUSTRIES USA, INC. | ) | |
| | ) | |
| Defendants, | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | |
| CANO CONTAINER CORP.; | ) | |
| MANPOWER INC., | ) | |
| | ) | |
| *Respondents in Discovery.* | ) | |

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, Illinois
3/19/2018 10:14 AM
FILED/IMAGED

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO CANO CONTAINER, CORP.**

To: Cano Container Corp, Respondent in Discovery

NOW COMES Plaintiff, LUCILA TORRIJOS, by and through her attorneys, GRASSO BASS, P.C., pursuant to Illinois Supreme Court Rules 224 and 213, you are requested to answer, under oath, the following Interrogatories:

1.   A complete list of all employees or personnel assigned by Cano Container Corp to work or advise or assist International Paper at its Aurora facility, as referenced in the Complaint, from January 2, 2016, through February 8, 2016, including their current addresses, job titles, duties, time spent, and responsibilities and phone numbers.

2.   State what position, role, responsibilities, title and or interest does Javier Cano have with Cano Container Corp.

3. State the names, addresses and phone numbers of all individuals, employees, who worked or were assigned to work on the machine referenced in the Complaint seven (7) years prior to the sale or transfer to International Paper.

4. State the full name and position or title of each person with knowledge of the purchase, sale, maintenance and training related to the machine referenced in the Complaint.

5. State the name and title of the person(s) answering the First Set of Interrogatories.

DATED this 8th day of March 2018.

Respectfully submitted,

/s/Anthony B. Bass_____

Anthony B. Bass
Grasso Bass, P.C.
38 S. Blaine, Suite 100
Hinsdale, Illinois 60521
630-654-4500
Abb123@ameritech.net

2

IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

LUCILA TORRIJOS,                                  )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )      No.  18 L 000075
                                                  )
INTERNATIONAL PAPER COMPANY;                      )
INTERNATIONAL PAPER, INC.;                        )
TECASA INDUSTRIES USA, INC.,                      )
                                                  )
            Defendants,                           )      JURY TRIAL DEMANDED
                                                  )
and                                               )
                                                  )
CANO CONTAINER CORP.;                             )
MANPOWER INC.,                                    )
                                                  )
            *Respondents in Discovery.*           )

*Clerk of the Circuit Court*
*Kane County, Illinois*
*3/19/2018 10:14 AM*
*FILED/IMAGED*

**REQUEST TO PRODUCE PURSUANT TO SUPREME COURT RULE 224**

TO: Cano Container Corp, Respondent in Discovery

NOW COMES the Plaintiff, LUCILA TORRIJOS, by and through her attorney's, GRASSO BASS, P.C., pursuant to Illinois Supreme Court Rule 224, requesting the Defendant to Produce the following documents for inspection and copying at the office of Plaintiff's counsel, 38 South Blaine Suite 100, Hinsdale, Illinois 60521, within 28 days of this request.

DEFINITIONS

As used herein, the terms listed below are defined as follows:

1.  The word "document" refers to any handwritten, typewritten, printed, transcribed, or recorded statement, material, or tangible item, including information stored in a computer or on microfilm or other film that is in the possession, custody, or control of the defendant or the defendant's attorney.

2.  The word "person" refers to any natural person, individual, corporation, partnership, or other entity, facility, or organization.

3.  The word "complaint" refers to the complaint filed by the Plaintiff, Lucila Torrijos accompanying this Production Request.

4. The word "information" refers to any handwritten, typewritten, printed, transcribed, or recorded statement, material, or tangible item, including information stored in a computer or on microfilm or other film that is in the possession, custody, or control of the defendant or the defendant's attorney.

5. The word "communication" refers to any handwritten, typewritten, printed, transcribed, or recorded statement, material, or tangible item, including information stored in a computer or on microfilm or other film that is in the possession, custody, or control of the defendant or the defendant's attorney.

## PRIVILEGED INFORMATION

If the complete or partial content of any document, communication, or other matter requested is withheld from disclosure on the basis of an attorney-client privilege, work product, or any other basis, identify the basis for each withholding or objection;

1. Identify each document by date, signatory, author, and recipient, its general subject matter, and each person or organization with any knowledge of the document;

2. State specifically as to each document the privilege or other basis for not producing the document; and

3. Identify each party to and the date of any conversation or communication with and each person who was present during or witnessed the communication.

## SUPPLEMENTATION

You are hereby requested to seasonably supplement your answers to interrogatories or amend any prior answers whenever new or additional information subsequently becomes known to you pursuant to Supreme Court Rule 224.

## ITEMS REQUESTED

The following items are requested:

1. A complete copy of the purchase contract between Cano Container Corporation and International Paper for its' company and equipment.

2. A copy of any and all documents prepared or received related to the purchase of the machine by International Paper referenced in paragraph 13 of the Complaint.

3. Any and all reports, papers of any kind filed seven (7) years prior to the sale or transfer to International Paper with any governmental agency, including any state, county, local, or federal agency regarding the maintenance and operation of the machine reference in paragraph 13 of the Plaintiff's Complaint.

4. Any and all notices, updates, citations, warning, complaints, prior accidents received seven (7) years prior to the sale or transfer to International Paper regarding the machine referenced in paragraph 13 of the Complaint.

2

5. Any and all internal reports, inspection reports or papers or investigative reports prepared or received regarding the machine referenced in paragraph 13 of the Complaint.

6. A copy of the purchase agreement and or warranty agreement of the machine reference in paragraph 13 of Complaint by Cano Container, Corp.

7. Statements of all witnesses or employees having knowledge or claiming to have knowledge of the incident stated in the complaint, whether said statements are written, oral, or in transcribed form, or any written memo of such statements.

8. All statements, signed or unsigned, oral, written, or court reported from any person who witnessed or claims to have witnessed the occurrences specified in the complaint herein before said occurrence or was present at the scene of the occurrence or immediately after the occurrence.

9. All statements signed or unsigned, oral or written, or court reported of any person who has or claims to have knowledge of any facts of the occurrence specified in the Complaint filed herein.

10. Any and all notices, updates, warning, alerts, reports, received from the manufacture, or the party to whom you purchased the machine referenced in paragraph 13 of the Complaint.

11. Any information or communication in response to papers or notification(s) referenced in production request number 11 of this discovery document.

12. Any and all notices, updates, warning, alerts you received from any regulatory agency regarding the maintenance and operation of the machine reference in paragraph 13 of the complaint.

13. Any information or communication submitted to any regulatory agency in response to their request regarding the machine referenced in paragraph 13 of the Complaint.

14. Any and all certifications, maintenance and service records for the machine referenced in paragraph 13 of this complaint.

## AFFIDAVIT OF COMPLIANCE

In the Affidavit of Compliance, you are requested to state whether you or your counsel is withholding any information that might or could be relevant to the issues in this case based on any legally recognized privilege, including attorney-client privilege and attorney work privilege. If such information is being withheld, then state in the Affidavit of Compliance the date, author, routing of the document if any, type of document, and title of document.

In the Affidavit of Compliance, you should specify what documents are being produced with respect to each numbered request, and each of the documents being produced shall be marked with the corresponding number of the paragraph requesting such information in the Request to Produce.

3

The copies of papers and documents requested above that might or could be construed as business records of the defendants are to be certified in accordance with the Illinois evidence statutes, 735 ILCS 5/8-101, et seq.

Respectfully submitted,

/s/Anthony B. Bass

Anthony B. Bass
Grasso Bass, P.C.
38 S. Blaine, Suite 100
Hinsdale, Illinois 60521
630-654-4500
Abb123@ameritech.net