# EXHIBIT D

IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LUCILA TORRIJOS,<br><br>      Plaintiff,<br><br>      v.<br><br>INTERNATIONAL PAPER COMPANY,<br>INTERNATIONAL PAPER, INC. and<br>TECASA INDUSTRIES USA, INC.<br><br>      Defendants. | Case No. 18-l-000075<br><br>JURY TRIAL DEMANDED |

## NOTICE TO CIRCUIT COURT OF FILING NOTICE OF REMOVAL

TO: Clerk of the Circuit Court for Kane County, Illinois

      PLEASE TAKE NOTICE that on this 11th day of April 2018, Defendant International Paper Company, filed in the United States District Court for the Northern District of Illinois a Notice of Removal in the above entitled action to remove said action to the United States District Court for the Northern District of Illinois. A true and correct copy of the Notice of Removal is attached hereto and filed pursuant to 28 U.S.C. § 1446(d). This action now stands removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: April 11, 2018                                                           HUSCH BLACKWELL LLP

                                                                  By:   /s/ Jennifer L. Dlugosz
                                                                         Jennifer L. Dlugosz (#6289378)
                                                                         120 South Riverside Plaza, Suite 2200
                                                                         Chicago, IL 60606
                                                                         Phone: (312) 655-1500
                                                                         jen.dlugosz@huschblackwell.com

CHI-159905

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2018, the foregoing Notice of Filing was mailed by first-class U.S. Mail, postage prepaid, and filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Anthony Bass
Grasso Bass, PC
38 Blaine Street, Suite 100
Hinsdale, IL 60521
Abb123@ameritech.net

                    By: /s/Jennifer L. Dlugosz