# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCILA TORRIJOS,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL PAPER COMPANY,<br>INTERNATIONAL PAPER, INC. and<br>TECASA INDUSTRIES USA, INC.<br><br>  Defendants. | Case No. 18-cv-2608<br><br>JURY TRIAL DEMANDED |

## NOTICE TO PLAINTIFF

 PLEASE TAKE NOTICE that on this 11th day of April, 2011, Defendant International Paper Company ("IP") filed in the United States District Court for the Northern District of Illinois, Eastern Division, a Notice of Removal in the above-entitled action to remove said action to the United States District Court for the Northern District of Illinois, Eastern Division. A true and correct copy of said Notice of Removal is attached hereto and filed herewith, pursuant to the provisions of 28 U.S.C. § 1446(d).

 FURTHER TAKE NOTICE that Defendant IP has at the same time filed in the Court a copy of the Complaint pertaining to such action. A complete copy of said Notice of Removal is attached to this Notice and herewith served upon you.

Dated: April 11, 2018

            HUSCH BLACKWELL LLP

        By: /s/ Jennifer L. Dlugosz
            Jennifer L. Dlugosz (#6289378)
            120 South Riverside Plaza, Suite 2200
            Chicago, IL 60606
            Phone: (312) 655-1500
            jen.dlugosz@huschblackwell.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2018, the foregoing Notice to Plaintiff was mailed by first-class U.S. Mail, postage prepaid, and filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Anthony Bass
Grasso Bass, PC
38 Blaine Street, Suite 100
Hinsdale, IL 60521
Abb123@ameritech.net

By: /s/Jennifer L. Dlugosz